**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHANICQUA S. APONTE,<br>          **Plaintiffs,** | CIVIL ACTION |
| v. | |
| BOROUGH OF POTTSTOWN; MARK<br>FLANDERS; MONTGOMERY COUNTY<br>DISTRICT ATTORNEY'S OFFICE;<br>MONTGOMERY COUNTY<br>PENNSYLVANIA; and RICHARD<br>BURBERRY,<br>          **Defendant.** | NO.  16-5006 |

## O R D E R

**AND NOW**, this 25th day of August, 2017, upon consideration of Defendants the

Borough of Pottstown and Mark Flanders's Motion to Dismiss (ECF No. 15); Plaintiff's

Response in Opposition thereto (ECF No. 25); the Borough and Flanders's Reply in Support

thereof (ECF No. 26); Defendants Richard Bradbury,[1] the Montgomery County District

Attorney's Office, and Montgomery County's Motion to Dismiss (ECF No. 21); and Plaintiff's

Response in Opposition thereto (ECF No. 25), and for the reasons set forth in the Court's

Memorandum Opinion of August 25, 2017 (ECF No. 27), **IT IS ORDERED** that Defendants'

motions (ECF Nos. 15 and 21) are **GRANTED**, and Plaintiff's Amended Complaint is

**DISMISSED WITH PREJUDICE**.

      The Clerk of the Court is directed to close this case.

                                          **BY THE COURT:**

                                          **/s/Wendy Beetlestone, J.**

                                          **WENDY BEETLESTONE, J.**

---

[1] Defendant Richard Bradbury was incorrected named as "Richard Burberry" in Plaintiff's Amended Complaint.